a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ERNEST BILLIZONE, SR.,             CIVIL ACTION NO. 1:17-CV-106-P
Plaintiff

VERSUS                             JUDGE DRELL

LASALLE CORRECTIONS                MAGISTRATE JUDGE PEREZ-MONTES
CORP., ET AL.
Defendants

---

## MEMORANDUM ORDER

Before the Court is a motion for leave to proceed *in forma papueris* (Doc. 5) filed by pro se Plaintiff Ernest Billizone, Sr. ("Billizone") (#318027). Billizone is an inmate in the custody of the Louisiana Department of Corrections, incarcerated at Winn Correctional Center ("WCC") in Winnfield, Louisiana. Billizone filed a civil rights complaint (42 U.S.C. § 1983) alleging constitutional violations at WCC. (Doc. 1).

Billizone has filed several civil cases in federal court, at least three of which were dismissed as frivolous, malicious, or for failing to state a claim for which relief can be granted.[1]

A prisoner shall not be granted pauper status under § 1915 if "the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility,

---

[1] Billizone, et al. v. West Feliciana Parish Work Release, et al., Case No. 3:11-cv-647 (M.D. La.); Billizone v. Jefferson Parish Correctional Center, et al., Case No. 2:14-cv-2594 (E.D. La.); Billizone v. Maise, et al., Case No. 2:15-cv-3384 (E.D. La.).

brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, *unless the prisoner is under imminent danger of serious physical injury*." 28 U.S.C. § 1915(g) (emphasis added).

Billizone seeks to file a "class action" suit with other inmates alleging constitutional violations at WCC. Billizone does not allege facts indicating that he is in "imminent danger of serious physical injury."

Because Billizone has, on three or more prior occasions, while incarcerated or detained in a facility, brought an action or appeal that was dismissed as frivolous, malicious, or for failing to state a claim upon which relief may be granted, and because he is not in imminent danger of serious physical injury, Billizone is not entitled to proceed *in forma pauperis*.

THEREFORE, IT IS ORDERED that Billizone's motion for leave to proceed *in forma pauperis* (Doc. 5) is hereby DENIED.

IT IS FURTHER ORDERED that, in order for this complaint to remain viable, **Billizone must pay the full filing fee of four hundred dollars ($400.00) within twenty (20) days from the date of this order. <u>FAILURE TO PAY THE FULL FILING FEE WILL RESULT IN THE PLEADINGS BEING STRICKEN FROM THE RECORD.</u>**

THUS DONE AND SIGNED in chambers in Alexandria, Louisiana, this  27th  day of February, 2017.

_____
Joseph H.L. Perez-Montes
United States Magistrate Judge

2