U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 1 0 2017

TONY R. MOORE  CLERK
BY _____
             DEPUTY

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## ALEXANDRIA DIVISION

| | |
|---|---|
| ERNEST BILLIZONE, SR. | CIVIL ACTION NO. 2:17-0106 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| LASALLE CORRECTIONS CORP, ET AL | MAG. JUDGE PEREZ-MONTES |

● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ●

### ORDER

Before the court is a "Request to Maintain Pauper Status Based Upon the Existense [sic] of the Threat of Imminent Danger to Myself and the Entire Class of Inmates Involved in this Pending Action" (R. #13) which this court will interpret as an appeal of the Magistrate Decision which denied Plaintiff's *in forma pauperis* status. Finding no basis in law or fact to reverse the decision of the Magistrate Judge, it is

ORDERED that the appeal is hereby **DENIED.**

**THUS DONE AND SIGNED** in Alexandria, Louisiana on this 10th day of March, 2017.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE