**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**ERNEST BILLIZONE SR #318027**          **CASE NO. 1:17-CV-00106 SEC P**

**VERSUS**                              **JUDGE TRIMBLE**

**LASALLE CORRECTIONS CORP ET AL**       **MAGISTRATE JUDGE PEREZ-MONTES**

## <u>MEMORANDUM ORDER</u>

On January 23, 2017, a complaint was filed by the plaintiff.  On February 27, 2017, a memorandum order was issued by this court ordering the plaintiff within 20 days of the date of the order to pay the filing fee.  Mover has failed to take the required action in accordance with the memorandum order.  Accordingly,

**IT IS ORDERED** that the complaint submitted by the plaintiff on January 23, 2017, be, and hereby is, stricken from the record.

THUS DONE in Chambers on this _____ day of _____, 2017.

_____
Joseph H. L. Perez-Montes
United States Magistrate Judge