RECEIVED

APR - 5 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **ERNEST BILLIZONE SR.** | * | **CIVIL ACTION NO. 1:17 -CV-0106** |
| | * | |
| **V.** | * | **JUDGE JAMES T. TRIMBLE, JR.** |
| | * | |
| **LASALLE CORR. CENTER, ET AL.** | * | **MAGISTRATE JUDGE PEREZ-MONTES** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Before the court is a "Request for "EMERGENCY" Reconsideration of Pauper Status Due to Imminent Danger and Harm to Inmates Housed at Winn Corr. Center Due to "NEW RECENT ASSAULTS" From Ranking Security Officers, and Failure to Protect Inmates Housed at Winn" (R. #17) wherein Petitioner complains of recent attacks upon other inmates by certain correctional officers at Winn Correctional Center; Petitioner also requests that a Federal Officer be sent to Winn to investigate said attacks. Petitioner further requests that the court reverse its earlier decision which denied Petitioner's motion to proceed *in forma pauperis*.[1] Petitioner's complaint that occurred with other inmates is not something within the purview of this lawsuit and will not be addressed herein. However, the court will send a copy of this order and plaintiff's "emergency motion"[2] to the FBI in Alexandria, Louisiana. Accordingly, it is

**ORDERED** that the motion is hereby **DENIED.**

---

[1] R. #10.
[2] R. #17.

1

**IT IS FURTHER ORDERED** that the Clerk of Court mail a copy of this Order and Petitioner's "emergency motion" (R. #17) to the Federal Bureau of Investigation, c/o Ben Walsh whose mailing address is 300 Jackson Street, Alexandria, Louisiana 71301.

**THUS DONE AND SIGNED** in Alexandria, Louisiana on this 5th day of April, 2017.

_____
**JAMES T. TRIMBLE, JR.**
**UNITED STATES DISTRICT JUDGE**

COPY SENT:
DATE: 4-5-17
BY: _____
TO: Walsh

2