**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

ERNEST BILLIZONE SR #318027          CASE NO. 1:17-CV-00106 SEC P

VERSUS                               JUDGE TRIMBLE

LASALLE CORRECTIONS CORP ET          MAGISTRATE JUDGE PEREZ-MONTES
AL

## MEMORANDUM ORDER

On January 23, 2017, a complaint was filed by the plaintiff.  On February 27, 2017, a memorandum order was issued by this court ordering the plaintiff within 20 days of the date of the order to pay the filing fee.  Mover has failed to take the required action in accordance with the memorandum order.  Accordingly,

**IT IS ORDERED** that the complaint submitted by the plaintiff on January 23, 2017, be, and hereby is, stricken from the record.

THUS DONE in Chambers on this ___5th_____ day of ____April_____, 2017.

_____
Joseph H. L. Perez-Montes
United States Magistrate Judge